FRANCES ALLEN, Appellant, v. MENAS S. GREGORY, Respondent.— Motion denied, without costs. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

ANNA CHROSCIEL, as Administratrix, etc., of JOHN CHROSCIEL, Deceased, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ

EDWARD V. FITZGERALD, Appellant, v. NATHAN GOLDSTEIN, Respondent.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

ETTA G. HINAMAN, as Administratrix, etc., of WILLIAM HINAMAN, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.

In the Matter of JAMES W. CARPENTER, an Attorney.— Motion granted to amend order of reference so as to authorize the official referee to investigate the participation, if any, of the respondent in any arrangement whereby the fees of the witnesses should be paid by the railroad company; also so as to direct the official referee to report to the court the evidence, with his opinion thereon. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of ALFRED FOX, as Commissioner of Charities, for an Increase in the Amount Directed to Be Paid, etc.— Motion granted unless within ten days appellant pay the sum of $150 on account, under the provisions of the bond, perfect the appeal, place the case on the December calendar; in which event the motion is denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

MORRIS L. KLINE, Appellant, v. BENJAMIN ZWIREN, Respondent.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EISSING CHEMICAL COMPANY, Appellant.— Motion for leave to reargue the appeal or for resettlement of the order of reversal denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

BEATRICE SELNER, Respondent, v. LOUIS SELNER, Appellant.— Motion granted, without costs. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.